UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARGARET VETERE,<br><br>                              Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, stated herein as City of New York HRA/DDS, and City of New York Bellevue Hospital Center Billing Dept.,<br><br>                              Defendant. | 19-CV-9665 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued December 5, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  December 5, 2019
        New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge